UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DEAN BALLARD,<br><br>                              Plaintiff<br><br>        v.<br><br>STATE OF NEVADA,<br><br>                              Defendant | Case No.  3:21-cv-00460-RCJ-WGC<br><br>**ORDER** |

**I.     DISCUSSION**

On October 26, 2021, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted an application to proceed *in forma pauperis* and a Notice of Motion.  (ECF Nos. 1, 1-1).  <u>Plaintiff has not submitted a complaint or a fully complete application to proceed *in forma pauperis* on this Court's approved form</u>.

It is unclear to the Court whether Plaintiff intended to file this matter in the U.S. District Court for the District of Nevada ("federal court") or whether Plaintiff intended to file this matter in the Eighth Judicial District Court in Clark County, Nevada ("state court").  If Plaintiff intended to file this matter in federal court, Plaintiff must file a complaint and a fully complete application to proceed in forma pauperis on this Court's approved form or pay the full $402 filing fee as further detailed in the paragraphs below. If Plaintiff intended to file this action in state court, Plaintiff may file a motion to voluntarily dismiss this case without prejudice and file his documents in state court.

In the event Plaintiff did intend to file this case in federal court, under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3.  As such, the Court grants Plaintiff until **December 28, 2021** to submit a complaint to this Court.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the

inmate must submit <u>all three</u> of the following documents to the Court:

 (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

 (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

 (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

 Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without prejudice because the application is incomplete. The Court will grant Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents. Plaintiff will file a fully complete application to proceed *in forma pauperis* on or before **December 28, 2021**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time.

 If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents on or before **December 28, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis*.

 A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with the application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **December 28, 2021** to proceed with this case.

**II. CONCLUSION**

 For the foregoing reasons, IT IS ORDERED that Plaintiff will submit a complaint to this Court on or before **December 28, 2021**.

 IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the

approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court will also send Plaintiff a copy of his Notice of Motion. (ECF No. 1-1).

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete application to proceed *in forma pauperis* with all three documents.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **December 28, 2021**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint and a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **December 28, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

DATED: November 1, 2021

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE