UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DEAN BALLARD,<br><br>                             Plaintiff<br><br>        v.<br><br>STATE OF NEVADA et al.,<br><br>                             Defendants | Case No.  3:21-cv-00460-RCJ-WGC<br><br>ORDER |

In response to this Court's order, Plaintiff filed a notice indicating that he intends to proceed with his petition for writ of habeas corpus instead of his 42 U.S.C. § 1983 complaint in this case.  (ECF No. 14).  Plaintiff also requests that the Clerk's Office file his § 1983 complaint in a separate case and assign him a new case number.  (*Id.*)

The Court will permit Plaintiff to proceed with his petition for writ of habeas corpus along with his habeas related filings in this case.  (*See* ECF Nos. 6, 7, 8, 9, 10, 11). However, the Court will not file Plaintiff's § 1983 complaint in a separate action for him. The Court will send Plaintiff a courtesy copy of his § 1983 complaint. If Plaintiff seeks to initiate a § 1983 action, he may file his complaint and a fully complete application to proceed *in forma pauperis* to the Clerk of the Court.

**It is therefore ordered** that the Clerk of the Court will strike the complaint (ECF No. 4-1) from the docket.  The Clerk of the Court will send Plaintiff a courtesy copy of his complaint (ECF No. 4-1).

**It is further ordered** that the Clerk of the Court will administratively recode this case as a habeas case including cause of action, nature of suit, and flagging.  This case will proceed as a habeas action.

DATED:  December 17, 2021.

_____
UNITED STATES MAGISTRATE JUDGE